IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD SATERFIELD,**<br><br>Petitioner,<br><br>**v.**<br><br>**GISELLE MATTESON,**<br><br>Respondent. | Case No. 2:22-cv-01513-WBS-JDP (HC)<br><br>~~**[PROPOSED]**~~ **ORDER** |

    Considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including March 19, 2023, to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   February 17, 2023         _____
                                                                        JEREMY D. PETERSON
                                                                        UNITED STATES MAGISTRATE JUDGE